IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

REBECCA VELEZ,

      Appellant,

 v.

      Case No. 5D22-1895
      LT Case No. 2017-DR-004111

WILFRED MERCADO,

      Appellee.

_____/

Opinion filed March 7, 2023

Appeal from the Circuit Court
for Seminole County,
Susan Stacy, Judge.

Rebecca Velez, Palm Bay, pro se.

Wilfred Mercado, Altamonte Springs,
pro se.

PER CURIAM.

      AFFIRMED. *See Figueroa v. Kossiver*, 336 So. 3d 1260 (Fla. 5th DCA 2022).

LAMBERT, C.J., MAKAR and JAY, JJ., concur.